| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1994 | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Whaley, Robert H. | 2. Court or Organization Nominee, United States District Court Eastern District of Washington | 3. Date of Report 5/29/95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee, United States District Court | 5. Report Type (check appropriate type) _X_ Nomination, Date 5/24/95 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/01/94 - 4/30/95 |
| 7. Chambers or Office Address Spokane County Courthouse West 1116 Broadway, Room 305 Spokane, WA 99260-0350 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| 1) Judge | Superior Court of Spokane County, Spokane, WA |
| 2) Director | Federal Defenders of Eastern Washington 10 North Post, Suite 700, Spokane, WA 99201 I have resigned. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 9-30-92 | 1) Winston & Cashatt Employment Termination Agreement, former law firm (no control). I retired from the Winston & Cashatt Law Firm in October 1992. The firm pays retiring lawyers a fixed amount. As of May 1, 1995, I was owed $67,869.08 under the retirement agreement which is being paid at the rate of $586.23 per month. |
| See VIII | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income) | | |
| 1 | 1-01-93 to Present | Salary, Lawyer, Winston & Cashatt Law Firm | $ (S) |
| 2 | 1-01-93 to Present | Retirement Payments and Repurchase of Stock Winston & Cashatt Law Firm, former law firm | $ 48,876.64 |
| 3 | 1-01-93 to Present | Salary, Superior Court Judge, Spokane County | $ 233,450 gross |
| 4 | 1993 | Salary, Gonzaga University Law School, Adjunct Professor Antitrust Law | $ (S) |
| 5 | | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Whaley, Robert H. | Date of Report<br>5 /29 /95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Whaley, Robert H. | Date of Report<br>5/29/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions     (Includes those of spouse
and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br>EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value1<br>Code<br>(J-P) | (2)<br>Value Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemp-tion) | (2)<br>Date:<br>Month-Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|     NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 AT&T Corporation            (J) | A | div | J | T | | | | | |
| 2 Abbott Laboratories         (J) | A | div | J | T | | | | | |
| 3 Air Touch Communications    (J) | A | div | J | T | | | | | |
| 4 Ambac, Inc.                 (J) | A | div | J | T | | | | | |
| 5 American International Group, Inc.  (J) | A | div | J | T | | | | | |
| 6 Avon Products, Inc.         (J) | A | div | J | T | | | | | |
| 7 Beverly Enterprises         (J) | A | div | J | T | | | | | |
| 8 CUC International, Inc.      (J) | A | div | J | T | | | | | |
| 9 Coca-Cola Company           (J) | A | div | J | T | | | | | |
| 10 Corning, Inc.              (J) | A | div | J | T | | | | | |
| 11 Eastman Kodak Company       (J) | A | div | J | T | | | | | |
| 12 Federal Home Loan Mortgage Corporation  (J) | A | div | J | T | | | | | |
| 13 Federal National Mortgage Association  (J) | A | div | J | T | | | | | |
| 14 First Union Corporation    (J) | A | div | J | T | | | | | |
| 15 Gaylord Entertainment Company  (J) | A | div | J | T | | | | | |
| 16 Gillette Company           (J) | A | div | J | T | | | | | |
| 17 Hasbro, Inc.               (J) | A | div | J | T | | | | | |
| 18 Hewlett-Packard Company    (J) | A | div | J | T | | | | | |

1. Income/Gain Codes: (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2. Value Codes: (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3. Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Whaley, Robert H. | Date of Report<br>5/29/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse
and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D<br>Transactions during reporting period<br>EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1 Code (A-H) | (2)<br>Type (e.g., div., rent or int.) | (1)<br>Value2 Code (J-P) | (2)<br>Value Method3 Code (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value2 Code (J-P) | (4)<br>Gain1 Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Home Depot, Inc.          (J) | A | div | J | T | | | | | |
| 2 Laboratory Corporation of America          (I) | A | div | I | T | | | | | |
| 3 Marriott International, Inc.          (I) | A | div | I | T | | | | | |
| 4 McDonald's Corporation          (J) | A | div | J | T | | | | | |
| 5 Motorola, Inc.          (J) | A | div | J | T | | | | | |
| 6 Nations Bank Corporation          (J) | A | div | J | T | | | | | |
| 7 Nokia Corporation Adr          (J) | A | div | J | T | | | | | |
| 8 Procter & Gamble Company          (J) | A | div | J | T | | | | | |
| 9 Promus Cos., Inc.          (J) | A | div | J | T | | | | | |
| 10 Reuters Hldg Plc Adr          (J) | A | div | J | T | | | | | |
| 11 Service Corporation Itl          (J) | A | div | J | T | | | | | |
| 12 Thermo Electron Corp.          (J) | A | div | J | T | | | | | |
| 13 Travelers Group, Inc.          (J) | A | div | J | T | | | | | \ |
| 14 Tribune Company-NEW          (J) | A | div | J | T | | | | | |
| 15 Composite Cash, Merchey Fame          (I) | A | int | I | T | | | | | |
| 16 Composite Growth & Income Fund          (S) | A | div | I | T | | | | | |
| 17 Composite Northwest 50 Fund          (S) | A | div | K | T | | | | | |
| 18 Fidelity Advisor Growth Opportunity          (S) | A | div | I | T | | | | | |

1. Income/Gain Codes: (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2. Value Codes: (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3. Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 5/29/95 |

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions**  (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets)  Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period  EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Composite Cash, Murphey Favre (S) | A | int | J | T | | | | | |
| 2 Templeton Foreign Fund (S) | A | div | J | T | | | | | |
| 3 Smith Barney Money Funds | A | int | J | T | | | | | |
| 4 AMEX, Inc. | A | div | J | T | | | | | |
| 5 Boeing Company | A | div | J | T | | | | | |
| 6 GATX Corporation | A | div | J | T | | | | | |
| 7 Gold Reserve Corporation | A | div | K | T | | | | | |
| 8 Sun Sportswear, Inc. | A | div | J | T | | | | | |
| 9 Washington Water Power Company | A | div | J | T | | | | | |
| 10 U.S. Treasury-Strips | A | int | K | T | | | | | |
| 11 AIM Equity Funds, Inc. | A | div | L | T | | | | | |
| 12 Fidelity Advisor Growth Opportunity | A | div | K | T | | | | | |
| 13 Pasadena Investment Trust | A | div | K | T | | | | | |
| 14 Templeton Developing Markets Trust | A | div | L | T | | | | | |
| 15 Boatracs, Inc. | A | div | J | T | | | | | |
| 16 Montana Precision Mining, Ltd. | A | div | J | T | | | | | |
| 17 Sun Sportswear, Inc. | A | div | J | T | | | · | | · |
| 18 Fidelity Advisor Growth Opportunity | A | div | L | T | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3 Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whaley, Robert H. | 5/29/95 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Kemper Growth Fund | A | div | K | T | | | | | |
| 2 Putnam New Opportunities Fund | A | div | K | T | | | | | |
| 3 Templeton Developing Markets Trust | A | div | J | T | | | | | |
| 4 Fidelity Contra Fund | A | div | K | T | | | | | |
| 5 Fidelity Advisory Growth Opportunities | A | div | J | T | | | | | |
| 6 Templeton Developing Markets | A | div | J | T | | | | | |
| 7 Fidelity Retirement Growth | A | div | K | T | | | | | |
| 8 Fidelity Trend | A | div | K | T | | | | | |
| 9 Fidelity Magellan | A | div | K | T | | | | | |
| 10 Fidelity Contra Fund | A | div | K | T | | | | | |
| 11 Fidelity Blue Chip Growth | A | div | K | T | | | | | |
| 12 Fidelity Emerging Markets | A | div | K | T | | | | | |
| 13 Fidelity Emerging Markets (J) | A | div | J | T | | | | | |
| 14 Fidelity Asset Manager Growth (J) | A | div | J | T | | | | | |
| 15 Fidelity Contra Fund (J) | A | div | J | T | | | | | |
| 16 Fidelity Equity Income II (J) | A | div | J | T | | | | | |
| 17 Fidelity Magellan (J) | A | div | J | T | | | | | |
| 18 Fidelity Trend (J) | A | div | K | T | | | | | |

1. Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
   E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2. Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
   N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  U=Book Value  R=Cost (real estate only)  V=Other  S=Assessment  W=Estimated  T=Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Whaley, Robert H. | Date of Report<br>5/29/95 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br>EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Fidelity Value (J) | A | div | K | T | | | | | |
| 2 American Funds Investment Company of America (J) | A | div | K | T | | | | | |
| 3 Templeton World Fund (J) | A | div | K | T | | | | | |
| 4 Limited Partner, Denning & Assoc. Roswell, NM (HUD Low Income | A | div | K | W | | | | | |
| 5 Housing Project) (J) | | | | | | | | | |
| 6 Montana Precision Mining (J) | A | none | J | T | | | | | |
| 7 Lot, Island Park, ID (J) | A | none | K | W | | | | | |
| 8 Lot, Laclede, ID (J) | A | none | L | W | | | | | |
| 9 Logue McDonald Corporation, Spokane, WA (J) | A | none | J | W | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Income/Gain Codes<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

1184

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whaley, Robert H. | 5/29/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

II. AGREEMENTS

October 1992    2) Winston & Cashatt Employee Profit Sharing Plan. I have a self-directed profit sharing plan of which the law firm is the trustee. The contributions to the plan ceased when I retired.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date 5-29-95

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544